IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANDALL LONG                          *

       Plaintiff              *

   v.                                *        Civil Action No. CCB-98-1409

CITY OF HAGERSTOWN, et al.            *

      Defendants              *

  *    *    *    *    *    *    *    *    *    *    *

### ORDER

Defendants, City of Hagerstown, Steven Cromer, and Joseph Stauffer, having

filed a Motion for an enlargement of time for filing their Motion for Summary Judgment

in this matter, and

It appearing that there are sufficient grounds for such motion, it is

ORDERED this 22 of September 1999 that the deadline for filing of

Motions for Summary Judgment in this matter be extended to September 24, 1999.

_____
United States District Judge

