_____FILED _____ENTERED
_____LODGED _____RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MAR 1 0 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| RANDALL LONG | * | |
| Plaintiff | * | |
| vs. | * | Civil No. CCB-98-1409 |
| CITY OF HAGERSTOWN, et al | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of Plaintiff's request for leave to amend his complaint, it is this 10 day of March, 2000, by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff shall be permitted to amend his complaint.

_____
JUDGE